UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of July, two thousand and fifteen.

Before:     Gerard E. Lynch,
                   *Circuit Judge*.
_____

Ginta Lapina, Gingin Management Ltd.,

Plaintiffs - Appellants,

v.

Men Women N.Y. Model Management Inc., *et al.*,

Defendants-Appellees.

_____

**ORDER**

Docket No. 15-687

Appellants move to stay the present appeal pending completion of the court-ordered arbitration.

IT IS HEREBY ORDERED that the motion to stay the appeal is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/29/2015